THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARVEY BISTANY, Appellant, *v.* JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted April 25, 1941; decided May 22, 1941.

*Harvey Bistany*, appellant, in person.

*John J. Bennett, Jr., Attorney-General (Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.